In the Matter of FREDA K. RALPH, Respondent, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Appellants.

Submitted October 3, 1951; decided October 5, 1951.

*Denis M. Hurley, Corporation Counsel (John F. Kelly* and *Seymour B. Quel* of counsel), for motion.

*Stephen J. Rudd* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.